IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CASUALTY a/s/o HERTZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA;<br>DOES I through V, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:06-CV-1528-DFL-DAD<br><br>ORDER OF DISMISSAL<br>[Fed. R. Civ. P. 41(a)(1)(ii)] |

　　　Pursuant to the stipulation between the parties filed herein on September 22, 2006, the above-captioned action is hereby DISMISSED pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own costs and attorneys' fees.

　　　IT IS SO ORDERED.

DATED: 9/22/2006

　　　　　　　　　　　　　　　　　　　　　　／s／ David F. Levi
　　　　　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on **September 22, 2006**, she served a copy of:

      [proposed] ORDER OF DISMISSAL
      [Fed. R. Civ. P. 42(a)(1)(ii)]

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

ADDRESSEE(S):

David S. Brahinsky, Esq.
Norych and Tallis, LLP
14011 Ventura Blvd., Suite 210-E
Sherman Oaks, CA 91423

         /s/ *Jocelyn M. Trujillo*
      (Original signature maintained by counsel)
      _____
      Jocelyn M. Trujillo
      Legal Assistant